UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-cv-20991-Lenard/Turnoff

ASNALDO DEL VALLE GONZALEZ, and
CARMEN M. YANEZ DE GONZALEZ, as
Co-Personal Representative for THE
ESTATE OF YESSENIA COROMOTOA
GONZALEZ YANEZ, DECEASED on
Behalf Of the Estate and All Potential
Beneficiaries and/or Survivors,

  *Plaintiffs*,

vs.

AIRCRAFT GUARANTY HOLDINGS &
TRUST, LLC, Trustee, a Delaware Limited
Liability Company; THE NEW PIPER
AIRCRAFT, INC., a Delaware corporation;
and LYCOMING ENGINES, a division of
AVCO CORPORATION, a Pennsylvania
corporation,

  *Defendants*.
_____/

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE

  Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal Without Prejudice of all claims.

            Respectfully submitted,

            s/ Ricardo M. Martínez-Cid
            Ricardo M. Martínez-Cid (FBN 383988)
            rmcid@podhurst.com
            **PODHURST ORSECK, P.A.**
            25 West Flagler Street, Suite 800
            Miami, FL 33130
            Telephone: (305) 358-2800
            Fax: (305) 358-2382
            Attorneys for Plaintiffs

## Certificate of Service

  I hereby certify that on March 30th, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                s/ Ricardo M. Martínez-Cid